IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LESLIE HARPER, ALICIA DOSTER and SHUAH LEVI,<br>　　　　Plaintiffs,<br><br>v.<br><br>BOROUGH OF POTTSTOWN, POTTSTOWN POLICE DEPARTMENT, SERGEANT MICHAEL MARKOVICH, individually and in his official capacity, and CHIEF OF POLICE MARK FLANDERS,<br>　　　　Defendants. | CIVIL ACTION NO. 11-1939 |

## ORDER

AND NOW, this **21st day of March, 2013**, upon consideration of Defendants' Motion for Summary Judgment (ECF 34, 35 & 36) and Plaintiffs' Response (ECF 42, 43 & 44), and for the reasons stated in the Memorandum of Law issued on this day, it is hereby **ORDERED** that Defendants' motion is **GRANTED IN PART and DENIED IN PART**.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　/s/ Michael M. Baylson
　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　**MICHAEL M. BAYLSON, U.S.D.J.**

O:\Sara\Harper v. Pottstown\Order 3-21-13 - final.